# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARIBETH N. JACKSON,**

      **Plaintiff,**

v.                                                Case No: 6:22-cv-429-PGB-LHP

**HUNTER WARFIELD, INC.,**

      **Defendant.**

_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Defendant has failed to comply with the Court's Order of March 1, 2022 directing counsel to file a Certificate of Interested Persons and Corporate Disclosure Statement within fourteen (14) days of an appearance in the case.  Therefore, it is

**ORDERED** that the Defendant shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order.  Failure to comply with this Order may result in the imposition of appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on April 8, 2022.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record